**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHAKA K.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMM. OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | HONORABLE KAREN M. WILLIAMS<br><br>No. 24-8132 (KMW)<br><br>MEMORANDUM OPINION AND ORDER |

THIS MATTER comes before the Court by way of Plaintiff's Amended *In Forma Pauperis* ("IFP") Application, (ECF No. 6) and

THE COURT NOTING that the Amended IFP Application is not fully dated, nor are all the sections fully filled on the application;

THE COURT NOW FINDS that it is unable to appropriately assess Plaintiff's economic eligibility to proceed without prepayment of fees.

Therefore,

IT IS HEREBY on this ____ day of October, 2024,

**ORDERED** that, within 30 days, Plaintiff shall file a completed IFP Application and appropriately signed and dated. Plaintiff may also provide any additional information that would be helpful to the Court in understanding his or her financial circumstances. Alternatively, Plaintiff may proceed with this case by paying the fees required to the Clerk of Court within 30 days of the date of this Order; and further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail, along with a new long form *In Forma Pauperis* Application (AO-239).

KAREN M. WILLIAMS
United States District Judge